UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALVIN MCGREW

        Plaintiff,

v.                                          Case No. 8:11-cv-00310-JSM-MAP

BRISTOL MYERS SQUIBB CO.,
        Defendant.
_____/

## NOTICE OF FILING PLAINTIFF'S RESPONSE TO COURT INTERROGATORIES

COMES NOW, Plaintiff, ALVIN MCGREW, by and through the undersigned attorney, and hereby serves Answers to the Court's Interrogatories.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy hereof has been furnished to the undersigned on March 1, 2011, by electronic filing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to those named below:

Mark E. Zelek, Esq.
Derek Jon Dilberian, Esq.
Morgan, Lewis & Bockius, LLP
5300 Wachovia Financial Center
200 S Biscayne Blvd
Miami, FL 33131-2339

                                              /s/ Sanga Turnbull
                                              Sanga Turnbull, Esquire
                                              Florida Bar Number 0585327
                                              Hardaway Turnbull Law Firm
                                              1022 Lakeland Hills Blvd
                                              Lakeland, Florida 33805
                                              Telephone: (863) 688-7777
                                              Facsimile: (863) 688-6160
                                              Attorney for Plaintiff

**PLAINTIFF'S RESPONSE TO COURT INTERROGATORIES**

1. During what period of time were you employed by the Defendant?

   **Answer:**
   January 2008 and December 2008

2. Who was your immediate supervisor?

   **Answer:**
   Joe Lehmer

3. Did you have a regularly scheduled work period? If so, specify.

   **Answer:**
   No. The company mandated that I perform a specific number of lunch and learns, breakfast appointments, and speaker programs. In addition, I was required to meet at minimum of 8-10 physicians and obtain their signatures for samples.

4. What was your title or position? Briefly describe your job duties.

   **Answer:**
   I cannot recall the exact name of the position but I worked in Pharmaceuticals Sales Promotion. As part of my duties I would receive a marketing message labeled the "core message" as well as visual aids from the corporate headquarters marketing team. I would then be provided a target list of physicians by my employer and I was required to conduct at least 8-10 physicians meetings per day promoting my assigned pharmaceutical product utilizing the core message and visual aids provided to me by the company.

5. What was your regular rate of pay?

   **Answer:**
   I was paid a base salary of $63,000 with potential bonuses capped at $15,500.00.

6. Provide an accounting of your claim, including:

(a)     Dates

**Answer:**

The relevant time period for my claim is January 2008 to December 2008.

(b)     Regular hours worked

**Answer:**

Based upon my best estimates of my average work week I worked in excess of 40 hours routinely.

(c)     Over-time hours worked

**Answer:**
Based upon my best estimates of my average work week I worked approximately 13 to 17 overtime hours per week.

(d)     Pay received versus pay claimed

**Answer:**
Plaintiff has not been paid for any of these overtime hours.

(e)     Total amount claimed

**Answer:**
Amount of Overtime Owed: Between $29,250.00 and $38,250.00

($63,000 / 52 weeks = $1,211 per week)  ($1,211 per week /40 hours = $30 per hour)

($45 per hour for overtime x ((13 weekly hours x 50 weeks = 650 annual overtime hours) = $29,250)

($45 per hour for overtime x ((17 weekly hours x 50 weeks = 850 annual overtime hours) = $38,250)

Plaintiff is also entitled to liquidated damages, statutory interest, and its attorney's fees and costs.

3

Plaintiff is also entitled to liquidated damages, statutory interest, and its attorney's fees and costs.

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

Answer:
I did not become aware of the alleged violations until after I left my employer. As the statute of limitations was running no informal complaint was provided to the Defendant before the lawsuit was filed.

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

Answer:
N/A

9. What was your employer's response? (If a written response, please attach a copy).

Answer:
N/A

_____
(Plaintiff's Signature)

STATE OF FLORIDA
COUNTY OF Hillsborough

BEFORE ME, the undersigned authority, on this day, personally appeared Alvin McGrew, who being first duly sworn, deposes and says that he/she had read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this 25th day of February, 2011.

NOTARY PUBLIC
_____
Signature of Person Taking Acknowledgement
Print Name: Janie Vazquez
Title: Notary Public
Serial No. (if any):
Commission Expires: 6/10/14

Notary Stamp

JANIE VAZQUEZ
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE001808
Expires 6/10/2014

4