## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ALVIN MCGREW,

        Plaintiff,

v.                                                  CASE NO. 8:11-CV-310-T-30MAP

BRISTOL-MYERS SQUIBB CO.,

        Defendant.

_____/

### DEFENDANT'S VERIFIED SUMMARY OF
### PLAINTIFF'S HOURS, RATES OF PAY, AND WAGES PAID

      Pursuant to this Court's Scheduling Order (Dkt #3), Defendant Bristol-Myers Squibb

Co. hereby files its Verified Summary of Plaintiff's hours,[1] rates of pay, and wages paid and

gives notice of serving Plaintiff with a copy of payment records that relate to this Verified

Summary.  Defendant states as follows:

      Plaintiff was Territory Business Manager, CV/MET for the Tampa, Florida, territory

from about June 23, 2006, through about December 12, 2008, with intermittent periods of

---

[1]    While the Court's Scheduling Order requested a Verified Summary of all hours worked for the relevant pay periods, Defendant does not maintain records of the hours worked by exempt employees like Plaintiff because Defendant has no way of knowing the number of hours Plaintiff worked as he worked away from Defendant's place of business and exercised his own independent judgment and discretion in setting up sales calls, presentations, meetings, dinners, and other events of his choosing with medical service providers.  Accordingly, Defendant is unable to provide a Verified Summary as to the hours Plaintiff worked.

leave taken in 2008. For the timeframe of January 20, 2008, through December 12, 2008,[2] Plaintiff was paid as follows:

| Pay Period | Pay Rate | Payment Amount |
|---|---|---|
| 1/14/08 to 1/27/08 | $2,495.96 base + incentive compensation | $2,527.89 |
| 1/28/08 to 2/10/08 | $2,495.96 base + incentive compensation | $2,495.96 |
| 2/11/08 to 2/24/08 | $2,495.96 base + incentive compensation | $2,495.96 |
| 2/25/08 to 3/9/08 | $2,495.96 base + incentive compensation | $2,495.96 |
| 3/10/08 to 3/23/08 | $2,495.96 base + incentive compensation | $2,495.96 |
| 3/24/08 to 4/6/08 | $2,515.93 base + incentive compensation | $3,095.69 |
| 4/7/08 to 4/20/08 | $2,545.88 base + incentive compensation | $5,811.74 |
| 4/21/08 to 5/4/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 5/5/08 to 5/18/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 5/19/08 to 6/1/08 | $2,545.88 base + incentive compensation | $3,357.73 |
| 5/30/08 | incentive compensation | $121.86 |
| 6/2/08 to 6/15/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 6/16/08 to 6/29/08 | $2,545.88 base + incentive compensation | $6,704.02 |
| 6/30/08 to 7/13/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 7/14/08 to 7/27/08 | $2,545.88 base + incentive compensation | $2,635.56 |

---

[2]   Defendant contends that only a two year statute of limitations applies in this case because any alleged violation of the FLSA was not willful. *See* 29 U.S.C. §255(a). Because Plaintiff's employment with Defendant ended on or about December 12, 2008, and he did not file this lawsuit until January 20, 2011, he has no claim within the applicable two year statute of limitations period and Defendant has no records of any hours worked by or amounts paid to Plaintiff in that period. Defendant nevertheless provides payroll records going back *three* years from the date Plaintiff filed his lawsuit.

| 7/28/08 to 8/10/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 8/11/08 to 8/24/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 8/25/08 to 9/7/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 9/8/08 to 9/21/08 | $2,393.13 base + incentive compensation | $2,393.13 |
| 9/22/08 to 10/5/08 | $1,782.12 base + incentive compensation | $5,659.42 |
| 10/6/08 to 10/19/08 | $1,782.12 base + incentive compensation | $1,782.12 |
| 10/20/08 to 11/2/08 | $1,782.12 base + incentive compensation | $1,782.12 |
| 11/3/08 to 11/16/08 | $1,782.12 base + incentive compensation | $1,782.12 |
| 11/14/08 | Adjustment between base and disability payments | ($712.85) |
| 11/17/08 to 11/30/08 | $4,277.09 base + incentive compensation | $4,277.09 |
| 12/2/08 | Adjustment between base and disability payments | $763.76 |
| 12/1/08 to 12/14/08 | $2,545.88 base + incentive compensation | $2,545.88 |
| 12/15/08 to 12/28/08 | Adjustment based on unpaid leave of absence (11/21/08 to 11/30/08) | $1,612.81 |

STATE OF _NEW JERSEY_ )
                                              ) ss:
COUNTY OF _MERCER_ )

    I, _Holly Tyson_, after first being duly sworn, swear or affirm that the foregoing information is true and correct of my own personal knowledge.

_Holly R Tyson_
   3·15·11

    The foregoing was acknowledged before me this _15_ day of _MARCH_, 2011, by _Holly Tyson_, who is personally known to me, or who produced _PENNA. DRIVERS LICENSE_ as identification.

_Stephanie Tressel_
NOTARY PUBLIC SIGNATURE

**STEPHANIE TRESSEL**
**NOTARY PUBLIC OF NEW JERSEY**
Printed or Typed Name of Notary _11/18/2014_

Commission No: _____

Dated this 16th day of March, 2011.          Respectfully submitted,

                                             s/ Mark E. Zelek
                                             Mark E. Zelek, Esq.
                                               Florida Bar No. 667773
                                               mzelek@morganlewis.com
                                             Derek J. Dilberian, Esq.
                                               Florida Bar No. 36985
                                               ddilberian@morganlewis.com
                                             Morgan, Lewis & Bockius LLP
                                             5300 Wachovia Financial Center
                                             200 South Biscayne Boulevard
                                             Miami, Florida 33131-2339
                                             Telephone:  305.415.3456
                                             Facsimile:   305.415.3001

                                             *Attorneys for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I HEREBY CERTIFY that on this 16th day of March, 2011, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system, which will, in turn, send a

notice of filing to:

    Sanga Turnbull, Esq.
    Hardaway Turnbull Law Firm LLC
    1022 Lakeland Hills Blvd
    Lakeland, FL 33805

                                             s/ Mark E. Zelek
                                             Mark E. Zelek, Esq.